| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | CR 02-1 |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Matthew Ritchart     *JUDGE HIBBLER* | Northern District of Iowa | Cedar Rapids |

*MAGISTRATE JUDGE MASON*

**08CR 0178**

| | NAME OF SENTENCING JUDGE |
|---|---|
| | The Honorable Michael J. Melloy |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM Dec 14, 2007 | TO 12/13/2010 |
|---|---|---|

OFFENSE

21 841(a)(1) and 841(b)(1)(C) - Distribution of Cocaine

**FILED**

J N

FEB 2 5 2008

## PART 1 - ORDER TRANSFERRING JURISDICTION

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

*January 17, 2008*
_____
*Date*

_____
*United States District Judge*

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 2 2 2008
_____
*Effective Date*

_____
*United States District Judge*